UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA ALLEN and MISTY DALTON, | ) | |
| Plaintiffs, | ) | |
| v. | ) | 15-cv-03053 |
| | ) | |
| GREATBANC TRUST COMPANY, | ) | Hon. James Zagel |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on Thursday, June 18, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge James Zagel or any Judge sitting in his place in the courtroom usually occupied by him in Room 2503 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the Motion to Dismiss and the Memorandum in Support of the Motion to Dismiss.

Respectfully submitted,

By: /s/ Julie A. Govreau
Attorneys for Defendant
GREATBANC TRUST COMPANY

Theodore M. Becker
Julie A. Govreau
DRINKER BIDDLE REATH, LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
ted.becker@dbr.com
julie.govreau@dbr.com

81140887.1

1

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 5, 2015, I caused a true and correct copy of the foregoing Notice of Motion to be filed electronically using the Court's CM/ECF system and to thereby be served upon on all registered participants identified in the Notice of Electronic Filing in this matter on this date.

Dated: June 5, 2015                                      /s/ Julie A. Govreau
                                                                                   Julie A. Govreau

| | |
|---|---|
| Elizabeth Daley Hoskins Dow: | ldow@baileyglasser.com |
| Patrick Owen Muench: | pmuench@baileyglasser.com |
| Gregory Y. Porter: | gporter@baileyglasser.com |
| Theodore M. Becker: | tbecker@dbr.com |