UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Lisa Allen, et al.
                              Plaintiff,

v.                                              Case No.: 1:15−cv−03053
                                                Honorable James B. Zagel

Greatbanc Trust Company
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 1, 2015:

MINUTE entry before the Honorable James B. Zagel: In accordance with the Court's Memorandum Opinion and Order, Defendant's Motion to Dismiss [9] is granted. Enter Memorandum Opinion and Order. Ruling set for 10/27/15 is stricken and no appearance is necessary. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.