**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **LISA ALLEN and MISTY DALTON,** | Case No. 1:15-cv-03053 |
| **Plaintiffs,** | Honorable James B. Zagel |
| **v.** | |
| **GREATBANC TRUST COMPANY,** | |
| **Defendant.** | |

## PLAINTIFFS' MOTION TO ENTER FINAL JUDGMENT (UNOPPOSED)

Patrick Muench (BBO #6290298)
**BAILEY & GLASSER LLP**
3601 McDonough Street
Joliet, IL 60431
Tel:  (815) 730-8213
pmuench@baileyglasser.com

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny
James L. Kauffman (*pro hac vice*)
**BAILEY & GLASSER LLP**
1054 31st Street, NW
Suite 230
Washington, DC  20007
Tel:  (202) 463-2101
Fax: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com
jkauffman@baileyglasser.com

*Attorneys for Plaintiffs Lisa Allen and Misty Dalton*

Plaintiffs file this Motion to Enter Final Judgment pursuant to Federal Rule of Civil Procedure 58, and would show as follows:

1.        On October 1, 2015, the Court issued a memorandum and order dismissing this case, without prejudice and with leave to amend the complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted (Memorandum Opinion and Order, Dkt. 29).

2.        Plaintiffs will not amend their complaint, but will appeal.

3.        Plaintiffs therefore, pursuant to Federal Rule of Civil Procedure 58(d), respectfully request the Court to order the Court Clerk to enter a final judgment in the proposed form submitted concurrently with this motion to the Court's email address at Proposed_Order_Zagel@ilnd.uscourts.gov.

4.        Defendant, through counsel, has advised Plaintiffs' counsel that it does not oppose entry of judgment as set forth in this motion and its proposed order.

WHEREFORE PREMISES CONSIDERED, Plaintiffs respectfully request that Plaintiffs' Motion to Enter Final Judgment be granted.

Dated:  October 12, 2015                        Respectfully submitted,

                                                /s/ Patrick Muench_____
                                                  Patrick Muench (BBO #6290298)
                                                  **BAILEY & GLASSER LLP**
                                                  3601 McDonough Street
                                                  Joliet, IL 60431
                                                  Tel:  (815) 730-8213
                                                  pmuench@baileyglasser.com

                                                  Gregory Y. Porter (*pro hac vice*)
                                                  Ryan T. Jenny
                                                  James L. Kauffman (*pro hac vice*)
                                                  **BAILEY & GLASSER LLP**
                                                  1054 31st Street, NW
                                                  Suite 230

Washington, DC  20007
Tel:  (202) 463-2101
Fax: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com
jkauffman@baileyglasser.com

*Attorneys for Plaintiffs Lisa Allen and Misty
Dalton*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2015, the foregoing Plaintiffs' Motion to Enter Final Judgment has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

      /s/ Patrick Muench      
